UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                            In Bankruptcy

**STEVEN BAIRD**                              *Case No.: 08-70472-PJS*
                                                                   *Chapter 7*
                                                                     *Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $1.69 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| VIP JIG GRINDING<br>17080 Masonic<br>Suite 226<br>Fraser, MI 48026 | 13 | $1.69 |

Dated: April 19, 2010

                                               <u>/s/ BASIL T. SIMON (P26340)</u>
                                               Chapter 7 Trustee
                                               422 W. Congress, Suite 400
                                               Detroit, MI 48226
                                               313/962-6400
                                               bsimon@sszpc.com